UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Roberto Villarreal,

        Plaintiff(s),        Civil Action No. 16-13004
                                     Honorable Victoria A. Roberts
v.                                           Magistrate Judge Majzoub

Commission of Social Security,

        Defendant(s).

_____/

**ORDER REGARDING CONSENT FOR SOCIAL SECURITY CASES**

In the interest of the prompt and efficient adjudication of this case, it is ordered that the parties discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to have a Magistrate Judge conduct all further proceedings.

If both parties consent to proceed before the Magistrate Judge, counsel for Defendant must, within two weeks of the date of this order, file a fully executed Notice, Consent and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this order (and is also available in fillable format at:

https://www.mied.uscourts.gov/PDFFIles/Notice_Consent_Ref_MJ_RE.pdf ).  If the form is submitted, the Court will enter a reference order and all further proceedings will be conducted before the Magistrate Judge.  Any appeal of the Magistrate Judge's decision would be taken directly to the United States Court of Appeals for the Sixth Circuit.

If either party does not consent, the parties must file a joint notice, within two weeks of the date of this order, advising the Court that the parties do not consent.  Do not disclose the identity of the party or parties who do not consent.

The parties are free to withhold consent without negative consequences.

**IT IS ORDERED**.

Dated: February 10, 2017                              S/Victoria A. Roberts
                                                      Victoria A. Roberts
                                                      United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies this document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 10, 2017.

Case Manager